# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

BENJAMIN BRIAN ARVIN,              ) SA CV 12-8203-SH
                                   )
              Plaintiff,           ) JUDGMENT
       v.                          )
                                   )
CAROLYN W. COLVIN,                 )
Commissioner of Social Security    )
Administration,                    )
                                   )
              Defendant.           )
_____ )

    IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: June 10, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE